UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                 :

MICHAEL T. FLYNN,                  :

                                       :

                         Plaintiff,      :

                                       :                  24-CV-2409 (VSB)

                -against-         :

                                       :                    **ORDER**

ANDREW WEISSMANN, NICOLLE    :
WALLACE, and MSNBC CABLE L.L.C,   :

                                       :

                        Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        In light of my Order dated June 6, 2024 staying discovery in this case, (Doc. 51), it is

hereby:

        ORDERED that the deadline for the parties to submit the joint letter referenced in the

Case Management Plan and Scheduling Order, (Doc. 46 ¶ 11), is ADJOURNED sine die.

        IT IS FURTHER ORDERED that the post-discovery conference currently scheduled for

October 3, 2024, (Doc. 46 ¶ 12), is ADJOURNED sine die.

SO ORDERED.

Dated:    September 20, 2024
           New York, New York

                                      Vernon S. Broderick
                                      United States District Judge