UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MICHAEL T. FLYNN,                           :
                                            :
               Plaintiff,          :
                                            :
-v-                                         :     Case No. 24-cv-02409-VSB
                                            :
ANDREW WEISSMANN, NICOLLE                   :
WALLACE, and MSNBC CABLE L.L.C.,            :
                                            :
               Defendants.         :
------------------------------------------------------------ X

## RULE 41 NOTICE OF DISMISSAL

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby notices the dismissal of this action against all parties, without prejudice.

| | |
|---|---|
| Dated: February 14, 2025. | Respectfully submitted, |
| | |
| | /s/ *Jason C. Greaves* |
| | *Jared J. Roberts, VA Bar No. 97192 |
| | *Jason C. Greaves, VA Bar No. 86164 |
| | THE BINNALL LAW GROUP, PLLC |
| | 717 King Street, Suite 200 |
| | Alexandria, Virginia 22314 |
| | Tel: (703) 888-1943 |
| | jason@binnall.com |
| | jared@binnall.com |
| | * *Admitted Pro Hac Vice* |
| | |
| | *Attorneys for Michael T. Flynn* |

2

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, a copy of the foregoing was filed with the Clerk using the Court's CM/ECF system, which will send a copy of all counsel of record.

/s/ *Jason C. Greaves*
Jason C. Greaves

*Attorney for Plaintiff*
